UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 04-124-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JAMES T. FORE, II, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court to determine whether Defendant James Fore is competent to undergo further proceedings. [Record No. 190] The issue was referred to United States Magistrate Judge Matthew A. Stinnett for evaluation and issuance of a Report and Recommendation ("R & R") pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Stinnett conducted a competency hearing pursuant to 18 U.S.C. § 4241(e) and recommends the finding that Fore is competent to face further proceedings in this matter, including a final hearing on alleged violations of supervised release. [Record Nos. 189, 190.]

A medical expert examined Fore and filed a psychological report pursuant to 18 U.S.C. § 4241, indicating that Fore is competent. Fore stipulated to the admissibility of the report, did not contest its findings, and waived introduction of other evidence. Fore's counsel also confirmed that the report is "consistent with her observations of the Defendant during the period since he was returned to the district." [Record No. 190, p. 3-4.]

Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which timely objections are made, 28 U.S.C. §

636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Neither party has objected to the Magistrate Judge's conclusion that Fore is competent to withstand a final hearing on alleged violations of supervised release.

Accordingly, it is hereby **ORDERED** as follows:

1. United States Magistrate Judge Matthew A. Stinnett's Report and Recommendation [Record No. 190] is **ADOPTED IN FULL** and **INCORPORATED** here by reference.

2. Subject to intervening orders, the final hearing on revocation of supervised release is scheduled for **Monday, January 30, 2023**, beginning at the hour of **9:00 a.m.**, at the United States Courthouse in Lexington, Kentucky.

Dated: December 28, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky